[No. 51419-9-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALEX BLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05078-2, Charles W. Mertel, J., entered November 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51486-5-I. Division One. July 21, 2003.]

DAWNA LEE DANSBY, *Plaintiff*, v. JOHN R. FETZEK, *Defendant*.

SINGER ASSET FINANCE COMPANY, L.L.C., *Appellant*, v. JOHN R. FETZEK, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-11807-2, James A. Doerty, J., entered November 12 and December 6, 2002. *Reversed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Appelwick, J.

[No. 51561-6-I. Division One. July 21, 2003.]

*In the Matter of the Estate of* PATRICK S. JEROUE.

Appeal from a judgment of the Superior Court for King County, No. 99-4-03012-2, George T. Mattson, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51652-3-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. L.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-04181-9, LeRoy McCullough, J., entered December 10, 2002. *Affirmed* by unpublished per curiam opinion.